UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRE M. INGRAM, ) | 2:11-CV-00139-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| SKY SECURITY SERVICES, *et al.*, ) | |
| Defendants. ) | |

Plaintiff has failed to timely respond to Defendants' Motion for Summary Judgment (Doc. #15), and therefore, under the Local Rules of this Court, consents to the granting of the Motion. Moreover, a review of Defendants' Motion shows Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to for Summary Judgment (Doc. #15) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: April 17, 2012.

_____
PHILIP M. PRO
United States District Judge